# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: Deposition of Ethan Dornhelm in<br><br>Omar Santos and Amanda Clements on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services and Experian Information Solutions, Inc.<br><br>Defendant. | 3:21-mc-80008 KAW<br>Case No. ~~1:19-cv-23084-KMW (District Court Southern District of Florida, Miami Division)~~<br><br>**STIPULATED PROTECTIVE ORDER REGARDING DEPOSITION OF ETHAN DORNHELM** |

Pursuant to Rules 26(c) and 45(d)(3) of the Federal Rules of Civil Procedure, non-party witness Ethan Dornhelm ("Dornhelm"), and Omar Santos and Amanda Clements ("Plaintiffs") (collectively, the "Parties") enter into this Stipulated Protective Order in connection with a subpoena issued by plaintiffs to take the deposition of Dornhelm in this District (the "Subpoena"), to be used in *Santos, et al. v. Healthcare Revenue Recovery Grp. LLC et al*, No. 1:119-cv-23084-KMW (S.D. Fla. Miami Division) (the "Underlying Action"). The protections provided by this Stipulated Protective Order are in addition to, and not in lieu of, the Protective Order in the Underlying Action. (*See Santos, et al. v. Healthcare Revenue Recovery Grp. LLC et al*, No. 1:119-cv-23084-KMW, ECF No. 38-1 (Jan. 7, 2020).

The Parties agree that to prevent the imposition of undue burden and expense, annoyance, embarrassment, or oppression on non-party Dornhelm, and to prevent the disclosure of trade secrets or other confidential research, development, or commercial information belonging to Dornhelm's employer, FICO, which has not been served with any subpoena, good cause exists to limit a deposition of Dornhelm to specific topics, and that any deposition of Dornhelm shall be limited to examination of the following topics ("Topics"):

US.130996883.01

1.   The different roles played by FICO, Experian, and those who request credit reports, with respect to the calculation of FICO scores and the preparation and delivery of credit reports.

2.   Through what method or procedures does Experian provide data on Collection Accounts (as defined in Paragraph 4 of the Dornhelm Declaration) to FICO.

3.   Whether "Date of Status" and "Date Open" fields for Collection Accounts are utilized by the FICO score.

4.   Knowledge of the contents of the Declaration signed by Dornhelm on April 20, 2020 in the Underlying Action (the "Dornhelm Declaration").

5.   The effect of payment history, or the lack thereof, on Collection Accounts reported by Experian and whether it can affect a consumer's FICO score.

The Parties agree that any questions to Dornhelm on matters outside of the Topics are outside the proper scope of the deposition, that Dornhelm's counsel may instruct Dornhelm not to answer such questions, and that Dornhelm shall not be required to answer such questions. If Plainitffs repeatedly attempt to examine Dornhelm on matters outside of the Topics, Dornhelm may terminate the deposition in complete satisfaction of his obligations under the Subpoena.

The Parties agree that no party or non-party may use information obtained in this litigation for any purpose except the litigation.

By stipulating to the entry of this Protective Order no Party waives any right it otherwise would have to object to disclosing or producing any information or item on any ground not addressed in this Stipulated Protective Order. Similarly, no Party waives any right to object on any ground to use in evidence any of the material covered by this Stipulated Protective Order. The Parties reserve all other rights in full to the extent not expressly addressed in this Stipulated Protective Order.

US.130996883.01

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: 1/13/2021          _____
                          Attorneys for Plaintiff

DATED: _____    _____
                          Attorneys for Defendant Experian
                          Information Solutions, Inc.

DATED: 1/12/2021          _____
                          Attorneys for Defendant Healthcare
                          Revenue Recovery Group, LLC

DATED: 1/13/2021          _____
                          Attorneys for Non-Party Ethan Dornhelm

~~PURSUANT TO STIPULATION, IT IS SO ORDERED.~~

~~DATED:_____    _____~~
~~                         United States District/Magistrate Judge~~

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: _____  _____
                                  Attorneys for Plaintiff

DATED: 1/13/21                    /s/ Will Tayler
                                  Attorneys for Defendant Experian
                                  Information Solutions, Inc.

DATED: _____  _____
                                  Attorneys for Defendant Healthcare
                                  Revenue Recovery Group, LLC

DATED: _____  _____
                                  Attorneys for Non-Party Ethan Dornhelm

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 20, 2021           _____
                                  United States Magistrate Judge

*IT IS SO ORDERED*
*Kandis Westmore*
*Judge Kandis Westmore*

3

US.130996883.01